# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

Anthony Lawson,

          Plaintiff,

   v.

Caesars Entertainment Inc.,

          Defendant.

Case No. 2:25-cv-01989-DJA

**Order**

Before the Court is Plaintiff Anthony Lawson's motion for extension of time to file an amended complaint.  (ECF No. 7).  Plaintiff does not explain how much additional time he requires, but the Court nonetheless finds that he has shown good cause for an extension of time.  Fed. R. Civ. P. 6(b).  The Court will therefore grant Plaintiff's motion and provide him with an additional thirty days.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to extend time (ECF No. 7) is **granted.**  Plaintiff shall have until **July 11, 2026,** to file an amended complaint.  Failure to timely comply with this order may result in the recommended dismissal of this action.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **send** Plaintiff a copy of this order.

DATED: June 11, 2026,

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE