**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| Anthony Lawson,<br>Plaintiff,<br>v.<br>Caesars Entertainment Inc.,<br>Defendant. | Case No. 2:25-cv-01989-DJA<br><br>**Order** |

Before the Court is pro se Plaintiff Anthony Lawson's motion for an extension of time to file his amended complaint. (ECF No. 9). Plaintiff explains that he has been in a car accident and therefore seeks an additional four months to file his amended complaint. The Court has already granted Plaintiff an additional thirty days to file his amended complaint. And it is not clear from Plaintiff's motion why he requires four months, which is a very extended period of time, to file an amended complaint. So, while the Court finds that Plaintiff has shown good cause for an extension under Federal Rule of Civil Procedure 6(b), it finds that he has not shown good cause to justify a four month extension. The Court will therefore grant Plaintiff's motion in part and extend the deadline by sixty days.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to extend time (ECF No. 9) is **granted in part and denied in part.**

**IT IS FURTHER ORDERED** that Plaintiff shall have until **September 10, 2026**, to file his amended complaint.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **send** Plaintiff a copy of this order.

DATED: July 16, 2026,

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE